**No. 10-116. Grant County Black Sands Irrigation District, et al., Petitioners v. United States Bureau of Reclamation, et al.**

562 U.S. 1134, 131 S. Ct. 897, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 50.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 579 F.3d 1345.